■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of ROOSEVELT BAGGLING, Petitioner, v SIBLEY, LINDSAY & CURR COMPANY, Respondent.—Determination unanimously confirmed and petition dismissed, without costs (see, State Div. of Human Rights v Ingersoll-Rand Co., 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Pine, JJ.